Printed: 09/14/10 07:09 AM

# Stale Check Report

Page: 1

**Trustee:** HAROLD P. BULAN (521350)
**Case:** 01-13573 - WILSON, MICHAEL N.

F I L E D

SEP 1 5 2010

BANKRUPTCY COURT
BUFFALO, N.Y.

| Account No. | Check No. | Issued | Payee | | | Check Amount |
|---|---|---|---|---|---|---|
| 9200-09563540-66 | 10107 | 09/14/10 | U.S. Bankruptcy Court | | | $4,752.68 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200-09563540-66 | 2 | 10104 | 10/09/01 | 610 | Providian National Bank P.O. Box 24224 Louisville, NY 40224 | 9,923.90 | 9,923.90 | 4,752.68 | 4,752.68 |

(\*) Denotes objection to Amount Filed   (I) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.